**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1097**

---

PATRICIA M. SMITH,

                              Plaintiff - Appellant,

        versus

HUNT MANUFACTURING COMPANY,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Carl Horn III, Chief Magistrate Judge. (CA-94-131-5-H)

---

Submitted: February 13, 1997        Decided: February 25, 1997

---

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Patricia M. Smith, Appellant Pro Se. Randel Eugene Phillips, Karin Marie McGinnis, MOORE & VAN ALLEN, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment for the Defendants in her Title VII discrimination and retaliation claims based on race. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Smith v. Hunt Manufacturing Co., No. CA-94-131-5-H (W.D.N.C. Nov. 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED